1194

No. 10–8317.  FOSTER *v.* TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 09–1212.  NORFOLK SOUTHERN RAILWAY CO. *v.* GROVES, INDIVIDUALLY, DBA SAVANNAH RE-LOAD, ET AL.  C. A. 11th Cir. Motion of Association of American Railroads for leave to file a brief as *amicus curiae* granted.  Certiorari denied.

No. 10–237.  BUONORA *v.* COGGINS.  C. A. 2d Cir.  Certiorari denied.  JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.

No. 10–453.  APOTEX, INC. *v.* SEBELIUS, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL.  C. A. D. C. Cir.  Certiorari denied.  JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 10–475.  SABHNANI *v.* UNITED STATES; and
No. 10–476.  SABHNANI *v.* UNITED STATES.  C. A. 2d Cir. Certiorari denied.  JUSTICE SOTOMAYOR took no part in the consideration or decision of these petitions.

No. 10–487.  AL-ADAHI ET AL. *v.* OBAMA, PRESIDENT OF THE UNITED STATES, ET AL.  C. A. D. C. Cir.  Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 10–661.  DAVIS *v.* DEPARTMENT OF JUSTICE.  C. A. D. C. Cir.  Certiorari denied.  THE CHIEF JUSTICE took no part in the consideration or decision of this petition.

No. 10–670.  SOJOURN CARE, INC., DBA SOJOURN CARE OF TULSA *v.* SEBELIUS, SECRETARY OF HEALTH AND HUMAN SERVICES.  C. A. 10th Cir.  Certiorari denied.  JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 10–672.  DROLETT *v.* DEMARCO ET AL.  C. A. 2d Cir. Certiorari denied.  JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.

No. 10–6618.  BANEY *v.* MERIT SYSTEMS PROTECTION BOARD. C. A. Fed. Cir.  Motion of petitioner for reconsideration of order